**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **REGINALD DINO GILMORE,** | : | |
| Petitioner, | : | Case No.: 5:06-cv-200 (CAR) |
| v. | : | |
| **HUGH T. SMITH, Warden,** | : | |
| Respondent. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 22] that Respondent's Motion to Dismiss [Doc. 14] be granted, and Petitioner's petition for habeas corpus relief be denied as untimely filed. Petitioner has filed an Objection [Doc. 23] to the Recommendation. In it, Petitioner repeatedly states that he "strongly and factually objects" to the Magistrate Judge's conclusion, but fails to give a specific reason why the Magistrate Judge's conclusion was erroneous. Having considered the matter, the Court agrees with the Recommendation. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 23rd day of March, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

AEG