IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REGINALD DINO GILMORE,** | : |
| Petitioner, | : |
| v. | : CASE NO. 5:06-cv-200 (CAR) |
| **HUGH T. SMITH, Warden,** | : |
| Respondent. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 23, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**